# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: MITCHELL WOJTANEK, PRO SE
(Please print)

STREET ADDRESS: 1217 S. OLD WILKE ROAD, APT. 308

CITY/STATE/ZIP: ARLINGTON HEIGHTS, IL 60005

PHONE NUMBER: 847-483-9414

CASE NUMBER: 08CV3080
JUDGE PALLMEYER
MAG. JUDGE KEYS

Signature: [signed] Mitchell Wojtanek

Date: MAY 28, 2008

FILED
MAY 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT