```
                                                            FILED
                                                          MAY 28 2008
     UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION               MICHAEL W. DOBBINS
                                                       CLERK, U.S. DISTRICT COURT
```

Plaintiff(s) MITCHELL WOJTANEK          )

                                                    **08CV3080**
                          v.                        **JUDGE PALLMEYER**
Defendant(s) IAM UNION DISTRICT 8                   **MAG. JUDGE KEYS**

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, MITCHELL WOJTANEK , declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: LEGAL ASSISTANCE FOUNDATION, EVANSTON, IL,
   2. LAW OFFICES OF DOUGLAS M. WERMAN 77 W. WASHINGTON, CHICAGO, IL
   3. IIT CHICAGO KENT COLLEGE OF LAW LEGAL CLINIC.
   4. FAVARO BUZEK & GORMAN LTD. 835 STERLING AVE. PALATINE, IL
   5. CAFFARELLI & SIEGEL LTD.
   6. LAW OFFICE OF MICHEAL T. SMITH, ROSELLE, IL. 440 W. IRVING PARK ROAD.
   7. THE CASE LAW FIRM, LLC, 150 N. MICHIGAN STR. CHICAGO, IL

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____          1217 S. OLD WILKE ROAD, APT. 308
Movant's Signature                      Street Address

MAY 28, 2008                            ARLINGTON HEIGHTS IL 60005