## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3080 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Mitchell Wojtanek vs. I AM Union District 8 | | |

**DOCKET ENTRY TEXT**

Having reviewed Plaintiff's financial affidavit, the court concludes that Mitchell Wojtanek can not afford to pay the court's filing fee. The application for leave to proceed *in forma pauperis* [4] is granted. Summons will issue, and the U. S. Marshals Service is directed to serve process. Motion for appointment of counsel [5] granted. Status hearing set for 7/30/2008 at 9:00. The Clerk's Office has provided the name of Andrew Rosenman, of Mayer Brown Rowe & Maw, 71 S. Wacker Drive, Chicago, IL 60603, telephone number 312/701-8744. Mr. Rosenman is directed to promptly contact Plaintiff Mitchell Wojtanek and to file his appearance on Mr. Wojtanek's behalf.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | ETV |