FILED
MAY 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
MAY 2 8 2008
May 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MITCHELL WOJTANEK
(Name of the plaintiff or plaintiffs)

v.

IAM UNION, DISTRICT 8
(Name of the defendant or defendants)

CIVIL ACTION

No. 08CV3080
JUDGE PALLMEYER
MAG. JUDGE KEYS

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is MITCHELL WOJTANEK of the county of COOK in the state of ILLINOIS.

3. The defendant is IAM UNION DISTRICT 8, whose street address is 16W361 S. FRONTAGE RD., SUITE 127, (city) BURR RIDGE (county) COOK (state) ILLINOIS (ZIP) 60527

(Defendant's telephone number) (630) - 321-3880

4. The plaintiff ~~sought employment or~~ was employed by ~~the defendant~~ at (street address) CONSOLIDATED CONTAINER COMPANY 2727 E. HIGGINS ROAD (city) ELK GROVE VILLAGE (county) COOK (state) ILLINOIS (ZIP code) 60007

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ WAS REPRESENTED BY THE DEFENDANT UNION, THE UNION FAILED TO REPRESENT THE PLAINTIF

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) **AUGUST**, (day) **9**, (year) **2006**.

7.**1** *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month) _____ (day) _____ (year) _____ .

    (ii) ☒ the Illinois Department of Human Rights, on or about (month) **January** (day) **25** (year) **2007**.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

~~☐~~ The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

        ☐ Yes (month) _____ (day) _____ (year) _____

        ☐ No, did not file Complaint of Employment Discrimination

    2. The plaintiff received a Final Agency Decision on (month) _____ (day) _____ (year) _____ .

    c. Attached is a copy of the

        a. Complaint of Employment Discrimination,

        ☐ YES ☐ NO, but a copy will be filed within 14 days.

        (ii) Final Agency Decision

        ☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __APRIL__ (day) __07__ (year) __2008__ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☒ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C. §1331, 28 U.S.C. §1343(a)(3), and 42 U.S.C. §2000e-5(f)(3); for 42 U.S.C. §1981 and §1983 by 42 U.S.C. §1988; for the A.D.E.A. by 42 U.S.C. §12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): _____

FAILED TO REPRESENT THE PLAINTIF, FRAUD AND CONSPIRACY.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

IN AUGUST 2006 I WAS 65 AND A MEMBER OF THIS UNION. ON AUGUST 4TH I WAS FIRED BY EMPLOYER. ON AUGUST 7TH I WROTE TO THE UNION COMPLAINING OF AGE DISCRIMINATION. THE UNION REFUSED TO HELP ME AND THE CHIEF SHOP STEWARD TOLD ME THAT IT WAS BECAUSE I WAS ONLY MONTHS AWAY FROM RETIREMENT.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _____

_____
_____
_____
_____
_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
*Mitchell Wojtanek* (signed)

(Plaintiff's name)
MITCHELL WOJTANEK

(Plaintiff's street address)
1217 S. OLD WILKE ROAD
APT. #308

(City) ARLINGTON HEIGHTS (State) ILLINOIS (ZIP) 60005
(Plaintiff's telephone number) (847) - 483 - 9414

Date: MAY 28, 2008

EEOC Form 161 (3/98)                     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Mr. Mitchell Wojtanek<br>1217 South Old Wilke Road #308<br>Arlington Heights, IL 60005 | From: | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2007-00889 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe*

John P. Rowe, District Director

APR 07 2008

(Date Mailed)

Enclosure(s)

cc:   IAM UNION DISTRICT #8

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#07W0124.14 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2007CA2024 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr. Ms. Mrs.)<br>Mitchell Wojtanek | HOME TELEPHONE (include area code)<br>(847) 483-9414 | |
|---|---|---|
| STREET ADDRESS<br>1217 S. Old Wilke Rd., Apt. 308 | CITY, STATE AND ZIP CODE<br>Arlington Heights, IL 60005 | DATE OF BIRTH<br>3/7/41 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>IAM Union District No. 8 | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (Include area code)<br>(630) 321-3880 |
|---|---|---|
| STREET ADDRESS<br>16W361 S. Frontage Rd., Suite 127 | CITY, STATE AND ZIP CODE<br>Burr Ridge IL 60527 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br>AGE   RETALIATION | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>8/9/06<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

I.  A.   ISSUE/BASIS
         FAILURE TO REPRESENT – AUGUST 9, 2006/DUE TO AGE, 65

    B.   PRIMA FACIE ALLEGATIONS
         1.   My age is 65.

         2.   I was a union member.

         3.   On August 9, 2006, Respondent failed to represent me. A reason given to me by Harvey H. Zuniga, Chief Shop Steward, for Respondent failure to represent me, was that I was only months away from retirement, and if I got my job back it would not be for long.

Continued...lgv

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE<br>ME THIS 25th DAY OF January, 2007<br><br>NOTARY SIGNATURE |
|---|---|
| "OFFICIAL SEAL"<br>RAQUEL C. GUERRA<br>Notary Public, State of Illinois<br>My Commission Expires 4/12/2008<br>NOTARY SEAL | X _Mitchell Wojtanek_  01-25-07<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant: Mitchell Wojtanek
Charge Number: 2007CA2024
Page 2.

    4.    Even though Respondent went with me to a meeting with my employer, Respondent refused to take my grievance. Respondent ignored my correspondence addressed to Zuniga and other officers.

    5.    Respondent failed to represent me due to my age, in violation of the Illinois Human Rights Act.

II.   A.   ISSUE/BASIS
           FAILURE TO REPRESENT – AUGUST 9, 2006/IN RETALIATION FOR OPPOSING UNLAWFUL DISCRIMINATION

      B.   PRIMA FACIE ALLEGATIONS
          1.    In early August, 2006, I wrote a letter to Respondent complaining about age discrimination.

          2.    On August 9, 2006, Respondent failed to represent me.

          3.    Even though Respondent went with me to a meeting with my employer, Respondent refused to take my grievance. Respondent ignored my correspondence addressed to Zuniga and other officers.

          4.    Respondent failed to represent me after I opposed unlawful discrimination, thereby, raising an inference of retaliatory motivation.

lgv

Clerk's Office
Appellate Court First District
State of Illinois
160 N. LaSalle
Suite 1400
Chicago, IL  60601

Re: Wojtanek, Mitchell v. Chief Legal Counsel
    Appellate Court No. 1-07-3537
    Trial Court No. 07CA2024

Dear

    Attached is the Mandate of the Appellate Court in the above entitled cause.

    We are sending the attorneys of record a copy of this letter to inform them that the mandate of the Appellate Court has been filed with you.

                                      Steven M. Ravid
                                      Clerk of the Appellate Court
                                      First District, Illinois

cc: Mitchell Wojtanek
    1217 S. Old Wilke Road
    Apt # 308
    Arlington Heights, IL  60005